JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SPANN,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a government entity;<br>and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No.: **CV14-01751 AB (AGRx)**<br><br>**JUDGMENT** |

    This action came on for hearing before the Court on June 22, 2015, Honorable Andre Birotte, District Judge Presiding, on Defendant City of Los Angeles' Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered granting Defendant's Motion for Summary Judgment in its entirety on July 24, 2015,

    IT IS ORDERED AND ADJUDGED that the Plaintiff Martin Spann take nothing, that the action be dismissed on the merits and that Defendant City of Los Angeles recover its costs.

Dated:  August 7, 2015

By: _____

**THE HONORABLE ANDRÉ BIROTTE JR.**
United States District Judge

1